UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRYAN JACKSON,

     Plaintiff,

                                    Case No. 25-cv-13977

v.                                  Hon. Matthew F. Leitman

JP MORGAN CHASE & CO., *et al.*,

     Defendants.

_____/

### ORDER (1) GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT (ECF No. 11); (2) TERMINATING AS MOOT DEFENDANTS' PENDING MOTION TO DISMISS AND TO STRIKE THE CLASS ALLEGATIONS (ECF No. 8) AND (3) REQUIRING A RESPONSE TO PLAINTIFF'S AMENDED COMPLAINT

Now before the Court is Plaintiff Bryan Jackson's Motion for Leave to File an Amended Class Action Complaint, filed on March 31, 2026. (*See* Mot., ECF No. 11.)  Defendants J.P. Morgan Chase & Co. and J.P. Morgan Chase Bank N.A. do not oppose the motion. (*See* Reply, ECF No. 12, PageID.121; Notice, ECF No. 14, PageID.164.)  The Court therefore **GRANTS** Jackson leave to file an Amended Complaint.  Jackson shall file his Amended Complaint on the docket by no later than **Wednesday, May 27, 2026**.  **IT IS HEREBY ORDERED** that the Defendants shall answer or otherwise respond to the Amended Complaint within **21 days** of its filing.

In addition, the Court **TERMINATES AS MOOT** Defendants' pending Motion to Dismiss (ECF No. 8) directed against Jackson's initial Complaint.  The

1

Court declines Defendants' invitation to treat that Motion to Dismiss as directed at

the Amended Complaint.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  May 20, 2026

I hereby certify that a copy of the foregoing document was served upon the parties
and/or counsel of record on May 20, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126

2